**FILED**

MAR 8 2006

CLERK
UNITED STATES BANKRUPTCY COURT
SAN JOSE, CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re

Reinholm Crane & Rigging, Co., a California Corporation,

Debtor(s).

Case No. 82-53558 MM

Chapter 7

## ORDER FOR WITHDRAWAL OR DISPOSAL OF EXHIBITS

Trial of the above action was concluded on February 6, 1988, and the Court has rendered its decision. No appeal or further proceedings are pending.

IT IS HEREBY ORDERED that all parties who submitted exhibits may contact Erica Rendler at (408) 535-5118 to arrange for the withdrawal of exhibits. Notice shall be given by the withdrawing party as required by Civil Local rule 79-4. If no objection is received, the Clerk will release the exhibits to the requesting party at the expiration of 10 days notice as required by Civil Local Rule 79-4.

IT IS HEREBY FURTHER ORDERED that, pursuant to Civil Local Rule 79-4, the Clerk may dispose of all exhibits and transcripts which are not withdrawn within 20 days after the date of this order.

DATED: March 8, 2006

_____
UNITED STATES BANKRUPTCY JUDGE

1

## COURT SERVICE LIST

John Billmeyer
P.O. Box 770
Los Gatos, CA 95031-0770